1  Amy F. Sorenson, Esq.
   Nevada Bar No. 12495
2  Holly E. Cheong, Esq.
   Nevada Bar No. 11936
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile: (702) 784-5252
   asorenson@swlaw.com
6  hcheong@swlaw.com

7  *Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| STEVEN J. GREENSTEIN, an individual, | CASE NO. 2:14-cv-01457-APG-CWH |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT AND EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF WELLS FARGO BANK'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| WELLS FARGO BANK, N.A. F/K/A WELLS FARGO HOME MORTGAGE, INC., DOES 1-20; and ROE ENTITIES 1-20, | |
| Defendants. | **(Second Request)** |

Plaintiff Steven J. Greenstein ("Plaintiff") and Defendant Wells Fargo Bank, N.A. f/k/a/ Wells Fargo Home Mortgage, Inc. ("Wells Fargo") (collectively the "Parties"), by and through their undersigned counsel of record for good cause shown, hereby stipulate and agree to an extension of time for Plaintiff to respond to Wells Fargo's Motion for Summary Judgment.

On August 12, 2016, Wells Fargo filed its Motion for Summary Judgment. [Doc. No. 25.] Plaintiff's response to Wells Fargo's Motion for Summary Judgment is due September 16, 2016. [Doc. No. 27.] Plaintiff has requested until September 23, 2016 to respond to Wells Fargo's Motion for Summary Judgment. Wells Fargo has requested until October 14, 2016 to file its reply in support of Wells Fargo's Motion for Summary Judgment.

One other prior extension of time regarding Wells Fargo's Motion for Summary Judgment has been granted. [Doc. No. 27.]

IT IS HEREBY STIPULATED AND AGREED that Plaintiff shall have until September 23, 2016 to respond to Wells Fargo's Motion for Summary Judgment and Wells Fargo shall have until October 14, 2016 to file a reply in support of Wells Fargo's Motion for Summary Judgment.

DATED this 13th day of September, 2016.

| SNELL & WILMER L.L.P. | HURTIK LAW & ASSOCIATES |
|---|---|
| By: */s/ Holly E. Cheong*<br>Amy F. Sorenson<br>Nevada Bar No. 12495<br>Holly E. Cheong<br>Nevada Bar No. 11936<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br><br>Attorneys for Defendant<br>WELLS FARGO BANK, N.A. | By: */s/ Rachel L. Shelstad*<br>Carrie E. Hurtik<br>Nevada Bar No. 7028<br>Rachel L. Shelstad<br>Nevada Bar No. 13399<br>7866 West Sahara Avenue<br>Las Vegas, NV 891117<br><br>Attorneys for Plaintiff<br>STEVEN J. GREENSTEIN |

### ORDER

IT IS SO ORDERED.

Dated:  September 13, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

SNELL & WILMER L.L.P.

By: */s/ Holly E. Cheong*
   Amy F. Sorenson
   Nevada Bar No. 12495
   Holly E. Cheong
   Nevada Bar No. 11936
   3883 Howard Hughes Pkwy., Ste. 1100
   Las Vegas, NV 89169
   Attorneys for Defendant
   WELLS FARGO BANK, N.A.

24747464